# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143376

FRANK RICHARD JACOBSON,
     Plaintiff-Appellant,

v

JOSEPH LLOYD and CHARD & LLOYD,
     Defendants-Appellees.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143376
COA: 294929
Washtenaw CC: 08-001083-NM

On order of the Court, the application for leave to appeal the April 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

                  Clerk

h1114